IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORPORATION
        PELVIC SUPPORT SYSTEMS
        PRODUCTS LIABILITY LITIGATION

                                              MDL 2326

_____

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

## **INACTIVE DOCKET ORDER**

The Court has been advised by counsel that in the case listed on the attached Exhibit A, the plaintiffs and Boston Scientific Corporation[1] ("BSC") have agreed to a settlement model with regard to BSC. The Court, therefore, finds it unnecessary to conduct further proceedings or to keep the case on the active docket. Accordingly, the Court **ORDERS** as follows:

1.      All discovery deadlines are continued until further order of the Court.

2.      That the Clerk retire the case listed on the attached Exhibit A from the active docket.

3.      Plaintiffs and BSC may submit an agreed order of dismissal with prejudice on or before November 2, 2017, if settlements are not finalized and dismissal orders are not submitted on or before November 2, 2017, then the Court will have a hearing to determine the appropriate action pertaining to any remaining case on the inactive docket.

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their progress in dismissing the case on the inactive docket. The Court is aware that counsel have agreed to a settlement model for a group of cases and claims, including the case on Exhibit A.

---

[1] Boston Scientific Corporation includes any incorrect or incomplete spellings of this Defendant, including Boston Scientific Corp.

The Court will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiffs' refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiffs explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2326 and in the individual case listed on the attached Exhibit A. The Clerk further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No. ___4166___, and send a copy of this Order to counsel of record and any represented party. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.


JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

8231457 v1

# EXHIBIT A

## FLINT LAW FIRM

| CIVIL ACTION NUMBER | CASE NAME |
|---|---|
| 14-cv-09888 | CLOUD, Louise and Frank Cloud vs. Boston Scientific Corporation |
| 16-cv-02694 | GREGORY, Betty vs. Boston Scientific Corporation |
| 14-cv-19138 | MCKENDREE, Nancy and Wayne McKendree vs. Boston Scientific Coporation |
| 14-cv-12605 | MUELLER, Terri vs. Boston Scientific Corporation |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORPORATION
       PELVIC SUPPORT SYSTEMS
       PRODUCTS LIABILITY LITIGATION

                                           MDL 2326

_____

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

## **INACTIVE DOCKET ORDER**

     The Court has been advised by counsel that in the case listed on the attached Exhibit A,

the plaintiffs and Boston Scientific Corporation[1] ("BSC") have agreed to a settlement model with

regard to BSC. The Court, therefore, finds it unnecessary to conduct further proceedings or to

keep the case on the active docket. Accordingly, the Court **ORDERS** as follows:

     1.     All discovery deadlines are continued until further order of the Court.

     2.     That the Clerk retire the case listed on the attached Exhibit A from the active

docket.

     3.     Plaintiffs and BSC may submit an agreed order of dismissal with prejudice on or

before November 2, 2017, if settlements are not finalized and dismissal orders are not submitted

on or before November 2, 2017, then the Court will have a hearing to determine the appropriate

action pertaining to any remaining case on the inactive docket.

     Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their

progress in dismissing the case on the inactive docket. The Court is aware that counsel have

agreed to a settlement model for a group of cases and claims, including the case on Exhibit A.

---

[1] Boston Scientific Corporation includes any incorrect or incomplete spellings of this Defendant,
    including Boston Scientific Corp.

The Court will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiffs' refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiffs explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2326 and in the individual case listed on the attached Exhibit A. The Clerk further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No. _____4165_____, and send a copy of this Order to counsel of record and any represented party. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

## CLARK LOVE & HUTSON

| CIVIL ACTION NUMBER | CASE NAME |
|---|---|
| 14-cv-07771 | BAKER, Sarah J. vs. Boston Scientific Corporation |
| 15-cv-04991 | DAWKINS, Shirley vs. Boston Scientific Corporation |
| 15-cv-07010 | FELCH, Joan P. vs. Boston Scientific Corporation |
| 15-cv-04535 | JENKINS, Vera and Colin Jenkins vs. Boston Scientific Corporation |
| 14-cv-06664 | MATZ, Terri J. and Joe Matz vs. Boston Scientific Corporation |
| 13-cv-31934 | MURRAY, Susan A. vs. Boston Scientific Corporation |
| 14-cv-02051 | SHABERLY, Cheryl A. vs. Boston Scientific Corporation |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORPORATION
PELVIC SUPPORT SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL 2326

_____

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

## **INACTIVE DOCKET ORDER**

The Court has been advised by counsel that in the case listed on the attached Exhibit A,

the plaintiffs and Boston Scientific Corporation[1] ("BSC") have agreed to a settlement model with

regard to BSC.  The Court, therefore, finds it unnecessary to conduct further proceedings or to

keep the case on the active docket.  Accordingly, the Court **ORDERS** as follows:

1.    All discovery deadlines are continued until further order of the Court.

2.    That the Clerk retire the case listed on the attached Exhibit A from the active

docket.

3.    Plaintiffs and BSC may submit an agreed order of dismissal with prejudice on or

before November 2, 2017, if settlements are not finalized and dismissal orders are not submitted

on or before November 2, 2017, then the Court will have a hearing to determine the appropriate

action pertaining to any remaining case on the inactive docket.

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their

progress in dismissing the case on the inactive docket.  The Court is aware that counsel have

agreed to a settlement model for a group of cases and claims, including the case on Exhibit A.

_____

[1] Boston Scientific Corporation includes any incorrect or incomplete spellings of this Defendant,
including Boston Scientific Corp.

8231457 v1

The Court will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiffs' refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiffs explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2326 and in the individual case listed on the attached Exhibit A.  The Clerk further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No. __4164__, and send a copy of this Order to counsel of record and any represented party.  The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.


JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

## WAGSTAFF & CARTMELL

| CIVIL ACTION NUMBER | CASE NAME |
|---|---|
| 16-cv-01334 | BADY, Sharon vs. Boston Scientific Corporation |
| 15-cv-15407 | DECKER, Wanda vs. Boston Scientific Corporation |
| 16-cv-02062 | GALLINGER, Laura vs. Boston Scientific Corporation |
| 14-cv-19507 | HARRIS, Sheila vs. Boston Scientific Corporation |
| 16-cv-01407 | JACKSON, Angela vs. Boston Scientific Corporation |
| 16-cv-05407 | LOWERY, Dawn vs. Boston Scientific Corporation |
| 15-cv-08215 | MCDANIEL, Cheri vs. Boston Scientific Corporation |
| 13-cv-20795 | MILANO, Cathy vs. Boston Scientific Corporation |
| 12-cv-09329 | MORTON, Vijaya and Edward Morton vs. Boston Scientific Corporation |
| 14-cv-15165 | SMITH, Amanda and Leon Smith vs. Boston Scientific Corporation |
| 13-cv-25341 | SMITH, Flossie and Melvin Smith, Sr. vs. Boston Scientific Corporation |
| 13-cv-15973 | WEBB, Francies vs. Boston Scientific Corporation |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORPORATION
      PELVIC SUPPORT SYSTEMS
      PRODUCTS LIABILITY LITIGATION

                                          MDL 2326

_____

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

## **INACTIVE DOCKET ORDER**

      The Court has been advised by counsel that in the case listed on the attached Exhibit A,

the plaintiffs and Boston Scientific Corporation[1] ("BSC") have agreed to a settlement model with

regard to BSC.  The Court, therefore, finds it unnecessary to conduct further proceedings or to

keep the case on the active docket.  Accordingly, the Court **ORDERS** as follows:

      1.      All discovery deadlines are continued until further order of the Court.

      2.      That the Clerk retire the case listed on the attached Exhibit A from the active

docket.

      3.      Plaintiffs and BSC may submit an agreed order of dismissal with prejudice on or

before November 2, 2017, if settlements are not finalized and dismissal orders are not submitted

on or before November 2, 2017, then the Court will have a hearing to determine the appropriate

action pertaining to any remaining case on the inactive docket.

      Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their

progress in dismissing the case on the inactive docket.  The Court is aware that counsel have

agreed to a settlement model for a group of cases and claims, including the case on Exhibit A.

---

[1] Boston Scientific Corporation includes any incorrect or incomplete spellings of this Defendant,
including Boston Scientific Corp.

The Court will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiffs' refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiffs explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2326 and in the individual case listed on the attached Exhibit A. The Clerk further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No. ___4163___, and send a copy of this Order to counsel of record and any represented party. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

**KELL LAMPIN**

| CIVIL ACTION NUMBER | CASE NAME |
|---|---|
| 14-cv-16440 | ATWELL, Dawn and Robert vs. Boston Scientific Corporation |
| 14-cv-03324 | BURNETT, Margie vs. Boston Scientific Corporation |
| 12-cv-09127 | FLACK, Margaret and Grover Flack vs. Boston Scientific Corporation |
| 12-cv-09642 | FRENCH, Teresa vs. Boston Scientific Corporation |
| 14-cv-15022 | GONZALEZ, Dawn vs. Boston Scientific Corporation |
| 14-cv-10524 | KERNITSKY, Elizabeth vs. Boston Scientific Corporation |
| 14-cv-12179 | MASON, Teresa and John Mason vs. Boston Scientific Corporation |
| 14-cv-11993 | WALLS, Tammy J. vs. Boston Scientific Corporationq |
| 14-cv-09471 | WASHAM, Rebecca and Richard Washam vs. Boston Scientific Corporation |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORPORATION
PELVIC SUPPORT SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL 2326

_____

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

## **INACTIVE DOCKET ORDER**

The Court has been advised by counsel that in the case listed on the attached Exhibit A, the plaintiffs and Boston Scientific Corporation[1] ("BSC") have agreed to a settlement model with regard to BSC. The Court, therefore, finds it unnecessary to conduct further proceedings or to keep the case on the active docket. Accordingly, the Court **ORDERS** as follows:

1. All discovery deadlines are continued until further order of the Court.

2. That the Clerk retire the case listed on the attached Exhibit A from the active docket.

3. Plaintiffs and BSC may submit an agreed order of dismissal with prejudice on or before November 2, 2017, if settlements are not finalized and dismissal orders are not submitted on or before November 2, 2017, then the Court will have a hearing to determine the appropriate action pertaining to any remaining case on the inactive docket.

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their progress in dismissing the case on the inactive docket. The Court is aware that counsel have agreed to a settlement model for a group of cases and claims, including the case on Exhibit A.

_____
[1] Boston Scientific Corporation includes any incorrect or incomplete spellings of this Defendant, including Boston Scientific Corp.

The Court will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiffs' refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiffs explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2326 and in the individual case listed on the attached Exhibit A. The Clerk further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No. __4161__, and send a copy of this Order to counsel of record and any represented party. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

ROBINSON CALCAGNIE ROBINSON SHAPIRO DAVIS
THE MOODY LAW FIRM
SUGARMAN ROGERS BARSHAK & COHEN

| CIVIL ACTION NUMBER | CASE NAME |
|---|---|
| 12-cv-01396 | BROWN, Sandra and Gary Brown vs. Boston Scientific Corporation (d/b/a Mansfield Scientific, Inc. & Microvasive, Inc.) |

8231457 v1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORPORATION
      PELVIC SUPPORT SYSTEMS
      PRODUCTS LIABILITY LITIGATION

                                   MDL 2326

_____

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

## INACTIVE DOCKET ORDER

      The Court has been advised by counsel that in the case listed on the attached Exhibit A,

the plaintiffs and Boston Scientific Corporation[1] ("BSC") have agreed to a settlement model with

regard to BSC. The Court, therefore, finds it unnecessary to conduct further proceedings or to

keep the case on the active docket. Accordingly, the Court **ORDERS** as follows:

      1.      All discovery deadlines are continued until further order of the Court.

      2.      That the Clerk retire the case listed on the attached Exhibit A from the active

docket.

      3.      Plaintiffs and BSC may submit an agreed order of dismissal with prejudice on or

before November 2, 2017, if settlements are not finalized and dismissal orders are not submitted

on or before November 2, 2017, then the Court will have a hearing to determine the appropriate

action pertaining to any remaining case on the inactive docket.

      Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their

progress in dismissing the case on the inactive docket. The Court is aware that counsel have

agreed to a settlement model for a group of cases and claims, including the case on Exhibit A.

---

[1] Boston Scientific Corporation includes any incorrect or incomplete spellings of this Defendant,
    including Boston Scientific Corp.

The Court will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiffs' refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiffs explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2326 and in the individual case listed on the attached Exhibit A. The Clerk further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No. __4160__, and send a copy of this Order to counsel of record and any represented party. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

## ROBINSON CALCAGNIE ROBINSON SHAPIRO DAVIS
## THE MOODY LAW FIRM

| CIVIL ACTION NUMBER | CASE NAME |
|---|---|
| 14-cv-18996 | DIMERA-SWEENEY, Marylou and Timothy Sweeney vs. Boston Scientific Corporation |
| 13-cv-07056 | FEENSTRA, Janice and George Feenstra vs. Boston Scientific Corporation |
| 13-cv-19312 | HANE, Elizabeth and Dan Hane vs. Boston Scientific Corporation |
| 13-cv-19280 | HARBESON, Joeda vs. Boston Scientific Corporation |
| 13-cv-15623 | MARINELLI, Nancy vs. Boston Scientific Corporation |
| 13-cv-19316 | MCELROY, Brenda and William McElroy vs. Boston Scientific Corporation |
| 13-cv-07052 | PIRIE, Debra vs. Boston Scientific Corporation |
| 12-cv-08501 | PITTMAN, Carol and John Pittman vs. Boston Scientific Corporation |
| 13-cv-04782 | RICHARD, Judith A. and John Richard vs. Boston Scientific Corporation |
| 12-cv-08505 | SCHREMPP, Claudia and Gary Schrempp vs. Boston Scientific Corporation |
| 13-cv-01006 | SHAFFER, Dorothy vs. Boston Scientific Corporation |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORPORATION
     PELVIC SUPPORT SYSTEMS
     PRODUCTS LIABILITY LITIGATION

                                          MDL 2326

_____

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

## <u>INACTIVE DOCKET ORDER</u>

The Court has been advised by counsel that in the case listed on the attached Exhibit A, the plaintiffs and Boston Scientific Corporation[1] ("BSC") have agreed to a settlement model with regard to BSC. The Court, therefore, finds it unnecessary to conduct further proceedings or to keep the case on the active docket.  Accordingly, the Court **ORDERS** as follows:

    1.     All discovery deadlines are continued until further order of the Court.

    2.     That the Clerk retire the cases listed on the attached Exhibit A from the active docket.

    3.     Plaintiffs and BSC may submit an agreed order of dismissal with prejudice on or before November 2, 2017, if settlements are not finalized and dismissal orders are not submitted on or before November 2, 2017, then the Court will have a hearing to determine the appropriate action pertaining to any remaining case on the inactive docket.

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their progress in dismissing the case on the inactive docket. The Court is aware that counsel have agreed to a settlement model for a group of cases and claims, including the case on Exhibit A.

_____

[1] Boston Scientific Corporation includes any incorrect or incomplete spellings of this Defendant, including Boston Scientific Corp.

The Court will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiffs' refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiffs explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2326 and in the individual cases listed on the attached Exhibit A. The Clerk further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No.__3920____, and send a copy of this Order to counsel of record and any represented party. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.


_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

## MCDONALD WORLEY, P.C.

| CIVIL ACTION NUMBER | CASE NAME |
|---|---|
| 13-cv-20207 | HUEY, Erin vs. Boston Scientific Corporation |
| 13-cv-20209 | VALENCIA, Victoria, et al vs. Boston Scientific Corporation |
| 13-cv-20210 | CORDOVA, Nerandra, et al vs. Boston Scientific Corporation |
| 13-cv-20211 | POWERS, Vicki, et al vs. Boston Scientific Corporation |
| ~~14-cv-18503~~ | ~~FARMER, Kay vs. Boston Scientific Corporation~~ |
| 14-cv-29216 | JOINER, Betty vs. Boston Scientific Corporation |
| 14-cv-29311 | KIRKLAND, Atiya vs. Boston Scientific Corporation |
| 14-cv-29312 | FREEMAN, Paula vs. Boston Scientific Corporation |
| 14-cv-29315 | FRONCE, Joni vs. Boston Scientific Corporation |
| 14-cv-29317 | KRUEGER, Kathy vs. Boston Scientific Corporation |
| 14-cv-29319 | STOKES, Sara vs. Boston Scientific Corporation |
| 14-cv-29323 | ROONEY, Joella vs. Boston Scientific Corporation |
| 14-cv-29324 | KIPKA, Eileen vs. Boston Scientific Corporation |

| 14-cv-29325 | FISCHER, Cathleen vs. Boston Scientific Corporation |
| --- | --- |
| 14-cv-29327 | COFFEE, Linda vs. Boston Scientific Corporation |
| 14-cv-29328 | MARTONE, Sandra vs. Boston Scientific Corporation |
| 14-cv-29330 | PLANTE, Doris vs. Boston Scientific Corporation |
| 14-cv-29331 | HICKS, Kimberly vs. Boston Scientific Corporation |
| 14-cv-29333 | MURPHY, Sandy vs. Boston Scientific Corporation |
| 14-cv-29335 | RAINES, Hazel vs. Boston Scientific Corporation |
| 14-cv-30059 | DAVIS, Lillian vs. Boston Scientific Corporation |
| 14-cv-30060 | COMULADA, Elsa vs. Boston Scientific Corporation |
| 14-cv-30061 | SPEARS, Teresa vs. Boston Scientific Corporation |
| 15-cv-01894 | SIMPSON, Vicki vs. Boston Scientific Corporation |
| 15-cv-02434 | MOHRBACHER, Rosemary vs. Boston Scientific Corporation |
| 15-cv-05241 | ABNEY, Barbara vs. Boston Scientific Corporation |
| 15-cv-08995 | TAYLOR, Kathleen M. vs. Boston Scientific Corporation |
| 15-cv-14827 | HOPSON, Betty, et al vs. Boston Scientific Corporation |